IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**STEPHEN LEWIS**                                                                                             **PLAINTIFF**

**V.**                                                       **NO. 4:23-CV-187-DMB-DAS**

**WASHINGTON COUNTY,**
**MISSISSIPPI, et al.**                                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" issued this day, Stephen Lewis' claims are dismissed without prejudice.

**SO ORDERED**, this 31st day of March, 2025.

                                                                   /s/Debra M. Brown
                                                                   **UNITED STATES DISTRICT JUDGE**